UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFERY A. BAILEY,<br><br>     Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>     Defendants. | Case No. C22-5937-TL<br><br>ORDER DISMISSING ACTION |

  Having reviewed the Report and Recommendation (Dkt. No. 8) of the Honorable Michelle L. Peterson, United States Magistrate Judge, as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court ORDERS as follows:

  (1) The Report and Recommendation is approved and ADOPTED.

  (2) Plaintiff's amended complaint (Dkt. No. 7) and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).

  (3) The case is CLOSED.

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Peterson.

DATED this 21st day of March 2023.

Tana Lin
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2